Certificate Number: 15317-PAM-DE-034443749

Bankruptcy Case Number: 20-01346


15317-PAM-DE-034443749

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>May 11, 2020</u>, at <u>6:08</u> o'clock <u>PM PDT</u>, <u>Kevin S Vargo</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 11, 2020</u>   By: <u>/s/Julie Dumlao</u>

Name: <u>Julie Dumlao</u>

Title: <u>Counselor</u>