```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                     Case No. 20-01346-RNO
Kevin S. Vargo                                                             Chapter 13
Michele A. Vargo
         Debtors                          CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke                 Page 1 of 2                  Date Rcvd: Jun 10, 2020
                              Form ID: ntcnfhrg              Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
db/jdb         Kevin S. Vargo,    Michele A. Vargo,    548 Lafayette Ave.,    Palmerton, PA 18071-1621
5323043        American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
5323040       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: AAA Financial Services,    PO Box 15019,
                 Wilmington, DE 19886-5019)
5323045        Bank Of America,    P.O. Box 15220,    Wilmington, DE 19886-5220
5323044        Bank Of America,    P.O. Box 15222,    Wilmington, DE 19886-5222
5323049        CIGNA,   PO Box 182223,    Chattanooga, TN 37422-7223
5323050        Citi Cards,   PO Box 9001037,    Louisville, KY 40290-1037
5323051       +CitiCards,   P.O. Box 6062,    Sioux Falls, SD 57117-6062
5323054        HNL Lab Medicine,    PO Box 90549,    Allentown, PA 18109-0549
5323055        Home Depot/CitiBank, N.A.,    P.O. Box 182676,    Columbus, OH 43218-2676
5327595       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5327462       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5323039        Law Office of Kevin K Kercher Esq PC,    881 3rd St Ste C2,    Whitehall, PA 18052-5930
5323057        Lehigh Valley Anesthesia Services,    PO Box 3367,   Philadelphia, PA 19019-8500
5323058        Lehigh Valley Hospital,   P.O. Box 4120,    Allentown, PA 18105-4120
5323061        Phymed healthcare group,    110 29th Ave N Ste 101,   Nashville, TN 37203-1459
5323063        Sofi Lending,   860 Washington St # 2,    New York, NY 10014-1308
5328540        State Farm Bank,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
5323064        State Farm Bank,    P.O. Box 23025,    Columbus, GA 31902-3025
5323065        Sunoco,   PO Box 6097,    Sioux Falls, SD 57117-6097
5332765        U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 Saint Louis MO 63166-0108
5323053       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial,    PO Box 790084,    Saint Louis, MO 63179-0084)
5323037        Vargo Kevin S,    548 Lafayette Ave,    Palmerton, PA 18071-1621
5323038        Vargo Michele A,    548 Lafayette Ave,    Palmerton, PA 18071-1621
5323068       +Wells Fargo,    101 N Phillips Ave., R4058-03D,    Sioux Falls, SD 57104-6714
5332528        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 10 2020 19:49:11
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5323042        E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2020 19:49:35     Amazon,   PO Box 960013,
                 Orlando, FL 32896-0013
5323046        E-mail/Text: bankruptcy@bbandt.com Jun 10 2020 19:46:38     BB&T Bank,   PO Box 580435,
                 Charlotte, NC 28258-0435
5323052        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 10 2020 19:46:31     Citizens Bank,
                 First Mark Services,    PO Box 2977,   Omaha, NE 68103-2977
5327116        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 10 2020 19:46:31     Citizens Bank N.A.,
                 One Citizens Bank Way JCA115,    Johnston, RI 02919
5323047       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 10 2020 19:49:09     Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
5332035        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 10 2020 19:49:10
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC 28272-1083
5323048        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 10 2020 19:49:21     Chase,
                 P.O. Box 15298,    Wilmington, DE 19850-0000
5323041        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 10 2020 19:49:08     AARP Chase,
                 PO Box 1423,    Charlotte, NC 28201-1423
5323056        E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 10 2020 19:46:54     Key Bank,
                 P.O. Box 94722,    Cleveland, OH 44101-4722
5326421       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 10 2020 19:46:54     KeyBank, N.A.,
                 4910 Tiedeman Road,    Brooklyn, OH 44144-2338
5323059        E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2020 19:49:06     Lowes,   P.O. Box 965003,
                 Orlando, FL 32896-5003
5323060        E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2020 19:49:20     PayPal Credit,   P.O. Box 105658,
                 Atlanta, GA 30348-5658
5323062       +E-mail/Text: bankruptcyteam@quickenloans.com Jun 10 2020 19:46:58     Quicken Loans,
                 1050 Woodward Ave.,    Detroit, MI 48226-1906
5323066        E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2020 19:49:35     Synchrony Bank,   PO Box 965064,
                 Orlando, FL 32896-5064
5322759       +E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2020 19:49:19     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5323067        E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2020 19:49:20     Walmart Mastercard,
                 PO Box 960024,    Orlando, FL 32896-0024
                                                                                             TOTAL: 17
```

```
District/off: 0314-5           User: AutoDocke           Page 2 of 2           Date Rcvd: Jun 10, 2020
                               Form ID: ntcnfhrg         Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor   Quicken Loans, LLC bkgroup@kmllawgroup.com
              Kevin Karl Kercher    on behalf of Debtor 1 Kevin S. Vargo kevinkk@kercherlaw.com
              Kevin Karl Kercher    on behalf of Debtor 2 Michele A. Vargo kevinkk@kercherlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kevin S. Vargo,

    **Debtor 1**

Michele A. Vargo,

    **Debtor 2**

Chapter 13

Case No. 5:20-bk-01346-RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **August 12, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866-582-6878, no later than 24 hours, before your hearing. | Date: August 19, 2020 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013-3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes-Barre, PA 18701 <br> (570) 831-2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 10, 2020 |

ntcnfhrg (03/18)