```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 20-01346-RNO
Kevin S. Vargo                                                          Chapter 7
Michele A. Vargo
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2              Date Rcvd: Jun 15, 2020
                              Form ID: 309A                Total Noticed: 49
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
```
db/jdb          Kevin S. Vargo,   Michele A. Vargo,   548 Lafayette Ave.,   Palmerton, PA  18071-1621
aty            +James Warmbrodt,   701 Market Street Suite 5000,   Philadephia, PA 19106-1541
5335158        +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
5323049         CIGNA,   PO Box 182223,   Chattanooga, TN  37422-7223
5323054         HNL Lab Medicine,   PO Box 90549,   Allentown, PA  18109-0549
5323055         Home Depot/CitiBank, N.A.,   P.O. Box 182676,   Columbus, OH  43218-2676
5327595        +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5327462        +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
5323039         Law Office of Kevin K Kercher Esq PC,   881 3rd St Ste C2,   Whitehall, PA  18052-5930
5323057         Lehigh Valley Anesthesia Services,   PO Box 3367,   Philadelphia, PA  19019-8500
5323058         Lehigh Valley Hospital,   P.O. Box 4120,   Allentown, PA  18105-4120
5323061         Phymed healthcare group,   110 29th Ave N Ste 101,   Nashville, TN  37203-1459
5335803        +Quicken Loans, LLC,   635 Woodward Avenue,   Detroit, MI 48226-3408
5323063         Sofi Lending,   860 Washington St # 2,   New York, NY  10014-1308
5323065         Sunoco,   PO Box 6097,   Sioux Falls, SD  57117-6097
5332765         U.S. Bank NA dba Elan Financial Services,   Bankruptcy Department,   PO Box 108,
                 Saint Louis MO 63166-0108
5323037         Vargo Kevin S,   548 Lafayette Ave,   Palmerton, PA  18071-1621
5323038         Vargo Michele A,   548 Lafayette Ave,   Palmerton, PA  18071-1621
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: kevinkk@kercherlaw.com Jun 15 2020 19:43:30     Kevin Karl Kercher,
                 881 Third Street, Suite #C-2,   Whitehall, PA  18052
tr             +E-mail/Text: wschwab@iq7technology.com Jun 15 2020 19:44:25     William G Schwab (Trustee),
                 William G Schwab and Associates,   811 Blakeslee Blvd Drive East,   PO Box 56,
                 Lehighton, PA 18235-0056
ust             E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jun 15 2020 19:44:03     United States Trustee,
                 228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
cr             +EDI: PRA.COM Jun 15 2020 23:28:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
5323042         EDI: RMSC.COM Jun 15 2020 23:28:00      Amazon,   PO Box 960013,   Orlando, FL  32896-0013
5323043         EDI: AMEREXPR.COM Jun 15 2020 23:28:00      American Express,   P.O. Box 1270,
                 Newark, NJ  07101-1270
5323040         EDI: BANKAMER.COM Jun 15 2020 23:28:00      AAA Financial Services,   PO Box 15019,
                 Wilmington, DE  19886-5019
5323046         E-mail/Text: bankruptcy@bbandt.com Jun 15 2020 19:43:48     BB&T Bank,   PO Box 580435,
                 Charlotte, NC  28258-0435
5323045         EDI: BANKAMER.COM Jun 15 2020 23:28:00      Bank Of America,   P.O. Box 15220,
                 Wilmington, DE  19886-5220
5323044         EDI: BANKAMER.COM Jun 15 2020 23:28:00      Bank Of America,   P.O. Box 15222,
                 Wilmington, DE  19886-5222
5323052         E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 15 2020 19:43:38     Citizens Bank,
                 First Mark Services,   PO Box 2977,   Omaha, NE  68103-2977
5327116         E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 15 2020 19:43:38     Citizens Bank N.A.,
                 One Citizens Bank Way JCA115,   Johnston, RI 02919
5323047        +EDI: CAPITALONE.COM Jun 15 2020 23:28:00      Capital One,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
5332035         EDI: CAPITALONE.COM Jun 15 2020 23:28:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,   PO Box 71083,   Charlotte, NC  28272-1083
5323050         EDI: CITICORP.COM Jun 15 2020 23:28:00      Citi Cards,   PO Box 9001037,
                 Louisville, KY  40290-1037
5323051        +EDI: CITICORP.COM Jun 15 2020 23:28:00      CitiCards,   P.O. Box 6062,
                 Sioux Falls, SD 57117-6062
5323048         EDI: JPMORGANCHASE Jun 15 2020 23:28:00      Chase,   P.O. Box 15298,
                 Wilmington, DE  19850-0000
5323041         EDI: JPMORGANCHASE Jun 15 2020 23:28:00      AARP Chase,   PO Box 1423,
                 Charlotte, NC  28201-1423
5323056         E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 15 2020 19:44:09     Key Bank,
                 P.O. Box 94722,   Cleveland, OH  44101-4722
5326421        +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 15 2020 19:44:09     KeyBank, N.A.,
                 4910 Tiedeman Road,   Brooklyn, OH 44144-2338
5323059         EDI: RMSC.COM Jun 15 2020 23:28:00      Lowes,   P.O. Box 965003,   Orlando, FL  32896-5003
5323060         EDI: RMSC.COM Jun 15 2020 23:28:00      PayPal Credit,   P.O. Box 105658,
                 Atlanta, GA  30348-5658
5323062        +E-mail/Text: bankruptcyteam@quickenloans.com Jun 15 2020 19:44:14     Quicken Loans,
                 1050 Woodward Ave.,   Detroit, MI 48226-1906
5328540         EDI: BECKLEE.COM Jun 15 2020 23:28:00      State Farm Bank,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern  PA  19355-0701
5323064         EDI: STFMFC.COM Jun 15 2020 23:28:00      State Farm Bank,   P.O. Box 23025,
                 Columbus, GA  31902-3025
```

```
District/off: 0314-5          User: AutoDocke         Page 2 of 2              Date Rcvd: Jun 15, 2020
                              Form ID: 309A           Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5323066        EDI: RMSC.COM Jun 15 2020 23:28:00     Synchrony Bank,    PO Box 965064,
               Orlando, FL   32896-5064
5322759       +EDI: RMSC.COM Jun 15 2020 23:28:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
5323053        EDI: USBANKARS.COM Jun 15 2020 23:28:00      Elan Financial,    PO Box 790084,
               Saint Louis, MO   63179-0084
5323067        EDI: RMSC.COM Jun 15 2020 23:28:00     Walmart Mastercard,    PO Box 960024,
               Orlando, FL   32896-0024
5323068       +EDI: WFFC.COM Jun 15 2020 23:28:00     Wells Fargo,   101 N Phillips Ave., R4058-03D,
               Sioux Falls, SD 57104-6714
5332528        EDI: WFFC.COM Jun 15 2020 23:28:00     Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
               PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
                                                                                              TOTAL: 31

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:

```
              James Warmbrodt    on behalf of Creditor    Quicken Loans, LLC bkgroup@kmllawgroup.com
              Kevin Karl Kercher    on behalf of Debtor 1 Kevin S. Vargo kevinkk@kercherlaw.com
              Kevin Karl Kercher    on behalf of Debtor 2 Michele A. Vargo kevinkk@kercherlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                               TOTAL: 5
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Kevin S. Vargo<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–3927<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | Michele A. Vargo<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5623<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13  4/22/20 |
| Case number: | 5:20–bk–01346–RNO | Date case converted to chapter: | 7  6/12/20 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kevin S. Vargo | Michele A. Vargo |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 548 Lafayette Ave.<br>Palmerton, PA 18071–1621 | 548 Lafayette Ave.<br>Palmerton, PA 18071–1621 |
| 4. | **Debtor's attorney**<br>Name and address | Kevin Karl Kercher<br>881 Third Street, Suite #C–2<br>Whitehall, PA 18052 | Contact phone 610 264–4120<br>Email: kevinkk@kercherlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | William G Schwab (Trustee)<br>William G Schwab and Associates<br>811 Blakeslee Blvd Drive East<br>PO Box 56<br>Lehighton, PA 18235 | Contact phone 610 377–5200<br>Email: schwab@uslawcenter.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes–Barre, PA 18701 | Hours open:  Monday – Friday 9:00 AM to 4:00 PM  Contact phone (570) 831–2500  Date: 6/15/20 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 28, 2020 at 01:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *Valid photo identification and proof of social security number are required* | Location:  **341 meeting will be held telephonically, refer to the call–in instructions** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/26/20** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**