```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                               Case No. 20-01346-RNO
Kevin S. Vargo                                                       Chapter 7
Michele A. Vargo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 2         Date Rcvd: Jun 15, 2020
                            Form ID: tele341       Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
```
db/jdb          Kevin S. Vargo,   Michele A. Vargo,    548 Lafayette Ave.,   Palmerton, PA 18071-1621
5323043         American Express,   P.O. Box 1270,   Newark, NJ  07101-1270
5323040        ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: AAA Financial Services,   PO Box 15019,
                  Wilmington, DE  19886-5019)
5323045         Bank Of America,   P.O. Box 15220,   Wilmington, DE  19886-5220
5323044         Bank of America,   P.O. Box 15222,   Wilmington, DE  19886-5222
5335158        +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
5323049         CIGNA,   PO Box 182223,   Chattanooga, TN  37422-7223
5323050         Citi Cards,   PO Box 9001037,   Louisville, KY  40290-1037
5323051        +CitiCards,   P.O. Box 6062,   Sioux Falls, SD 57117-6062
5323054         HNL Lab Medicine,   PO Box 90549,   Allentown, PA 18109-0549
5323055         Home Depot/CitiBank, N.A.,   P.O. Box 182676,   Columbus, OH  43218-2676
5327595        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5327462        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
5323039         Law Office of Kevin K Kercher Esq PC,   881 3rd St Ste C2,   Whitehall, PA 18052-5930
5323057         Lehigh Valley Anesthesia Services,   PO Box 3367,   Philadelphia, PA 19019-8500
5323058         Lehigh Valley Hospital,   P.O. Box 4120,   Allentown, PA 18105-4120
5323061         Phymed healthcare group,   110 29th Ave N Ste 101,   Nashville, TN 37203-1459
5335803        +Quicken Loans, LLC,   635 Woodward Avenue,   Detroit, MI 48226-3408
5323063         Sofi Lending,   860 Washington St # 2,   New York, NY 10014-1308
5328540         State Farm Bank,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
5323064         State Farm Bank,   P.O. Box 23025,   Columbus, GA 31902-3025
5323065         Sunoco,   PO Box 6097,   Sioux Falls, SD  57117-6097
5332765         U.S. Bank NA dba Elan Financial Services,   Bankruptcy Department,   PO Box 108,
                 Saint Louis MO 63166-0108
5323053        ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: Elan Financial,   PO Box 790084,   Saint Louis, MO  63179-0084)
5323037         Vargo Kevin S,   548 Lafayette Ave,   Palmerton, PA 18071-1621
5323038         Vargo Michele A,   548 Lafayette Ave,   Palmerton, PA 18071-1621
5323068        +Wells Fargo,   101 N Phillips Ave., R4058-03D,   Sioux Falls, SD 57104-6714
5332528         Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:48:46
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5323042         E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2020 19:48:36    Amazon,   PO Box 960013,
                 Orlando, FL  32896-0013
5323046         E-mail/Text: bankruptcy@bbandt.com Jun 15 2020 19:43:48    BB&T Bank,   PO Box 580435,
                 Charlotte, NC  28258-0435
5323052         E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 15 2020 19:43:38    Citizens Bank,
                 First Mark Services,   PO Box 2977,   Omaha, NE  68103-2977
5327116         E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 15 2020 19:43:38    Citizens Bank N.A.,
                 One Citizens Bank Way JCA115,   Johnston, RI 02919
5323047        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:48:44    Capital One,
                 P.O. Box 30285,   Salt Lake City, UT 84130-0285
5332035         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:48:07
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
5323048         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 15 2020 19:48:43    Chase,
                 P.O. Box 15298,   Wilmington, DE  19850-0000
5323041         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 15 2020 19:47:33    AARP Chase,
                 PO Box 1423,   Charlotte, NC  28201-1423
5323056         E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 15 2020 19:44:09    Key Bank,
                 P.O. Box 94722,   Cleveland, OH  44101-4722
5326421        +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 15 2020 19:44:09    KeyBank, N.A.,
                 4910 Tiedeman Road,   Brooklyn, OH 44144-2338
5323059         E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2020 19:47:30    Lowes,   P.O. Box 965003,
                 Orlando, FL  32896-5003
5323060         E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2020 19:48:38    PayPal Credit,   P.O. Box 105658,
                 Atlanta, GA  30348-5658
5323062        +E-mail/Text: bankruptcyteam@quickenloans.com Jun 15 2020 19:44:14    Quicken Loans,
                 1050 Woodward Ave.,   Detroit, MI 48226-1906
5323066         E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2020 19:47:30    Synchrony Bank,   PO Box 965064,
                 Orlando, FL  32896-5064
5322759        +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2020 19:48:36    Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5323067         E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2020 19:48:02    Walmart Mastercard,
                 PO Box 960024,   Orlando, FL  32896-0024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

TOTAL: 17

***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:

      James Warmbrodt   on behalf of Creditor   Quicken Loans, LLC bkgroup@kmllawgroup.com
      Kevin Karl Kercher   on behalf of Debtor 1 Kevin S. Vargo kevinkk@kercherlaw.com
      Kevin Karl Kercher   on behalf of Debtor 2 Michele A. Vargo kevinkk@kercherlaw.com
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov
      William G Schwab (Trustee)   schwab@uslawcenter.com, wschwab@iq7technology.com;ecf@uslawcenter.com

TOTAL: 5

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA
## (Effective April 24, 2020)

On April 24, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in−person chapter 7, 11, 12, and 13 section 341 meetings for cases filed through July 10, 2020.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Mark Conway | 1−866−773−1875 | 5761176 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(03/20)