**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                          :
                                :
    **KEVIN S. VARGO and**        :        **CHAPTER 13**
    **MICHELE A. VARGO,**         :
                                :
          **Debtor**       :        **BKRTCY. NO. 5:-20-bk-01346 rno**


## CERTIFICATION OF NO PAYSTUBS IN LAST 60 DAYS

The undersigned, counsel to the Debtor, hereby certifies that he has examined the financial records and affairs of the Joint Debtor and inquired of the Joint Debtor regarding the receipt of income and its sources, and that no paystubs have been received by the Joint Debtor in the 60 day period prior to the filing of the case.

                Respectfully submitted,

Date: 7/1/2020                  **LAW OFFICE OF**
                                **KEVIN K. KERCHER, ESQUIRE, P.C.**

                _/s/ Kevin K. Kercher_
                Kevin K. Kercher, Esquire
                881 Third St., Ste. C-2
                Whitehall, PA 18052
                (610) 264-4120 Phone
                (610) 264-2990 Fax
                **Attorney for Debtors**