United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Kevin S. Vargo  
Michele A. Vargo  
    Debtors

Case No. 20-01346-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2     Date Rcvd: Jul 01, 2020  
                 Form ID: pdf010     Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.

```
db/jdb         Kevin S. Vargo,    Michele A. Vargo,    548 Lafayette Ave.,    Palmerton, PA 18071-1621
5323043        American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
5323040       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: AAA Financial Services,    PO Box 15019,
               Wilmington, DE 19886-5019)
5323044        Bank Of America,    P.O. Box 15222,    Wilmington, DE 19886-5222
5323045        Bank of America,    P.O. Box 15220,    Wilmington, DE 19886-5220
5335158       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5323049        CIGNA,    PO Box 182223,    Chattanooga, TN 37422-7223
5323050        Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
5323051       +CitiCards,    P.O. Box 6062,    Sioux Falls, SD 57117-6062
5323054        HNL Lab Medicine,    PO Box 90549,    Allentown, PA 18109-0549
5323055        Home Depot/CitiBank, N.A.,    P.O. Box 182676,    Columbus, OH 43218-2676
5327595       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
5327462       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
               c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5323039        Law Office of Kevin K Kercher Esq PC,    881 3rd St Ste C2,    Whitehall, PA 18052-5930
5323057        Lehigh Valley Anesthesia Services,    PO Box 3367,    Philadelphia, PA 19019-8500
5323058        Lehigh Valley Hospital,    P.O. Box 4120,    Allentown, PA 18105-4120
5323061        Phymed healthcare group,    110 29th Ave N Ste 101,    Nashville, TN 37203-1459
5335803       +Quicken Loans, LLC,    635 Woodward Avenue,    Detroit, MI 48226-3408
5323063        Sofi Lending,    860 Washington St # 2,    New York, NY 10014-1308
5328540        State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5323064        State Farm Bank,    P.O. Box 23025,    Columbus, GA 31902-3025
5323065        Sunoco,    PO Box 6097,    Sioux Falls, SD 57117-6097
5332765        U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
               Saint Louis MO 63166-0108
5323053       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial,    PO Box 790084,    Saint Louis, MO 63179-0084)
5323037        Vargo Kevin S,    548 Lafayette Ave,    Palmerton, PA 18071-1621
5323038        Vargo Michele A,    548 Lafayette Ave,    Palmerton, PA 18071-1621
5323068       +Wells Fargo,    101 N Phillips Ave., R4058-03D,    Sioux Falls, SD 57104-6714
5332528        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2020 20:01:08
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5323042        E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2020 20:02:17     Amazon,    PO Box 960013,
               Orlando, FL 32896-0013
5323046        E-mail/Text: bankruptcy@bbandt.com Jul 01 2020 19:51:29     BB&T Bank,    PO Box 580435,
               Charlotte, NC 28258-0435
5323052        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 01 2020 19:51:15     Citizens Bank,
               First Mark Services,    PO Box 2977,    Omaha, NE 68103-2977
5327116        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 01 2020 19:51:15     Citizens Bank N.A.,
               One Citizens Bank Way JCA115,    Johnston, RI 02919
5323047       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 01 2020 20:02:23     Capital One,
               P.O. Box 30285,    Salt Lake City, UT 84130-0285
5332035        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 01 2020 20:01:42
               Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
5323048        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 01 2020 20:01:41     Chase,
               P.O. Box 15298,    Wilmington, DE 19850-0000
5323041        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 01 2020 20:01:03     AARP Chase,
               PO Box 1423,    Charlotte, NC 28201-1423
5323056        E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 01 2020 19:51:55     Key Bank,
               P.O. Box 94722,    Cleveland, OH 44101-4722
5326421       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 01 2020 19:51:55     KeyBank, N.A.,
               4910 Tiedeman Road,    Brooklyn, OH 44144-2338
5323059        E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2020 20:02:17     Lowes,    P.O. Box 965003,
               Orlando, FL 32896-5003
5323060        E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2020 20:02:17     PayPal Credit,    P.O. Box 105658,
               Atlanta, GA 30348-5658
5323062       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 01 2020 19:51:59     Quicken Loans,
               1050 Woodward Ave.,    Detroit, MI 48226-1906
5323066        E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2020 20:01:38     Synchrony Bank,    PO Box 965064,
               Orlando, FL 32896-5064
5322759       +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2020 20:02:17     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5323067        E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2020 20:01:38     Walmart Mastercard,
               PO Box 960024,    Orlando, FL 32896-0024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                    TOTAL: 17

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2020 at the address(es) listed below:

```
          James  Warmbrodt     on behalf of Creditor    Quicken Loans, LLC bkgroup@kmllawgroup.com
          Kevin Karl Kercher    on behalf of Debtor 1 Kevin S. Vargo kevinkk@kercherlaw.com,
           kevin@kercherlaw.com
          Kevin Karl Kercher    on behalf of Debtor 2 Michele A. Vargo kevinkk@kercherlaw.com,
           kevin@kercherlaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William G Schwab (Trustee)    schwab@uslawcenter.com,
           wschwab@iq7technology.com;ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com
                                                                                           TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KEVIN S. VARGO

          Debtor 1

MICHELE A. VARGO

          Debtor 2

Chapter: 7
Case No.: 5-20-bk-01346 RNO

## ORDER DISMISSING CASE

It appearing that the above named Debtors have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Employee Income Records or Certificate of No Payment Advices – Debtor 2

**IT IS HEREBY, ORDERED** that the case of the above named Debtors be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

Dated: July 1, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (BI)

Order Dismissing Case for Failure to File Req. Docs. - Revised 04/18