# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Kevin Vargo and
Michelle Vargo

CHAPTER __7__

CASE NO. _5_-_20_-bk-_1346 rno_

**Debtor(s)**

ADVERSARY NO. __-__ -ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
**vs.**

Nature of Proceeding: Motion to Reinstat

or Reopen Case

**Defendant(s)/Respondent(s)**

Document #: 35

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Counsel has conflicts wtih three (3) Creditors' Meeting with two different Trustees beginning at 9, 9:30 and 10:30 the morning of the hearing on July 22, 2020.

Contempcraneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: _7/14/2020_

/s/ Kevin K. Kercher

Attorney for Debtors

Name: Kevin K. Kercher

Phone Number: 610-264-4120

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.