# LOCAL BANKRUPTCY FORM 9074-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

|  |  |
|---|---|
| **Debtor(s)** | **CHAPTER** _____ |
|  | **CASE NO.** \_\_\_-\_\_\_-bk-_____ |
|  | **ADVERSARY NO.** \_\_\_-\_\_\_-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. | **Nature of Proceeding:** _____ |
|  | **Pleading:** _____ |
| **Defendant(s)/Respondent(s)** | **Document #:** _____ |

## CERTIFICATION OF CONCURRENCE FOR TELEPHONIC TESTIMONY VIA COURTCALL

*(Certification must be received at least 2 business days before the scheduled hearing. If a certification cannot be filed timely, leave to provide telephonic testimony must be obtained from the Court.)*

**1. HEARING INFORMATION**

Hearing Type (e.g., Motion to Dismiss, Trial)  _____

Hearing Date _____    Hearing Time _____

**2. WITNESSES SCHEDULED TO PROVIDE TELEPHONIC TESTIMONY**


**3.** I hereby certify that all parties participating in the above-described hearing have concurred in the telephonic appearance of the witness(es) set forth in paragraph 2 above.

_____   _____

Date                                                     Signature of certifying attorney or pro se party

_____
Name of attorney or pro se party